UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ANGELA VANDERGIESSEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:14-CV-05109-KLS<br><br><br><br>ORDER |

   Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions:   the administrative law judge (the ALJ) will further evaluate Plaintiff's impairments at step two; the ALJ will further evaluate the severity of Plaintiff's mental impairments at step two and step three pursuant to the special psychiatric review technique in 20 C.F.R. § 416.920a, documenting in the ALJ's decision the ALJ's application of the technique and include specific findings as to the degree of limitation in the four functional "B" criteria areas of daily living, social functioning, concentration, persistence, or pace, and episodes of decompensation; the ALJ will further

Page 1      ORDER - [3:14-CV-05109-KLS]

evaluate whether Plaintiff's impairments meet or equal a listing, including listing 12.04 for affective disorders; the ALJ will further evaluate the acceptable medical source and non-acceptable medical source opinions of record, including the opinions of Dr. Breen (Tr. 232-237), Dr. Kietzer (Tr. 238-243), Dr. Wingate (Tr. 271-280), Dr. Griffin (Tr. 925-934), Dr. Neims (Tr. 938-960), and Ms. Woodruff (Tr. 1135-1136); the ALJ will further evaluate Plaintiff's maximum residual functional capacity, with specific reference to the opinion evidence of record in support of the assessed limitations, and to clearly articulate the weight accorded such evidence; the ALJ will further evaluate Plaintiff's subjective complaints under SSR 96-7p; and the ALJ will reevaluate the step four and step five findings and obtain supplemental vocational expert testimony.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 3rd day of July, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2113
Fax:  (206) 615-2531
daphne.banay@ssa.gov